UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TARLOCHAN SINGH,

Petitioner,

v.

JULIO HERNANDEZ, et al.,,

Respondents.

Case No. 2:26-cv-02223-TLF

ORDER TO SHOW CAUSE

This Order concerns petitioner's motion for attorney fees under the Equal Access to Justice Act ("EAJA"). Dkt. 12. The United States Supreme Court recently granted a writ of certiorari in a matter addressing EAJA attorney fees. *See Palacios v. Bake*r, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd sub nom. Palacios v. Bacon*, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, 2026 WL 1855057 (U.S. Jun. 29, 2026).

Accordingly, the Court **ORDERS** the parties to show cause **on or before November 6, 2026** as to why the Court should, or should not, stay consideration of the motion (Dkt. 12) pending the Supreme Court's resolution of the above cited matter.

The Court directs the Clerk to re-note the motion (Dkt. 12) for **November 6, 2026**.

Dated this 16th day of October, 2026.

Theresa L. Fricke
United States Magistrate Judge